In the Matter of Supplementary Proceedings: MILLER GEROW CO., INC., Respondent, v. HYMAN GOLD, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.